IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02468-BNB

TARNELL LEON JONES,

Plaintiff,

v.

MR. LEYBA,
DR. PHELPS,
DR. TOEPP,
M.D. KOPRIVNIKAR, and
MHT KING,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2008

GREGORY C. LANGHAM
            CLERK

ORDER OF DISMISSAL

Plaintiff Tarnell Leon Jones initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on November 13, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Jones to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Jones to file a complaint in which the names in the caption match the names in the text, to file a motion seeking leave to proceed *in forma pauperis* in which the names in the caption match the names in the caption of the complaint, and to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Jones was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 5, 2008, Mr. Jones filed an amended Prisoner Complaint. However, he has not filed an amended motion seeking leave to proceed *in forma pauperis* pursuant and he has not submitted a certified copy of his inmate trust fund account statement as required pursuant to § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02468-BNB

Tarnell L. Jones
Prisoner No. 129815
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3 - SEG MAX
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk